FILED
2012 Sep-06 PM 03:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

# ALABAMA SJIS CASE DETAIL


alacourt.com

**WHITE**

County: **33**   Case Number: **CV-2012-000106.00**   Court Action:
Style: **STEPHANIE PINKARD ET AL VS WAL-MART STORES INC**

**PREPARED FOR: Wes Gilchrist**

DELAYED

## Case

### Case Information
- County: FRANKLIN
- Case Number: CV-2012-000106.00
- Judge ID: TLD:TERRY L DEMPSEY
- Trial: Bench
- Style: STEPHANIE PINKARD ET AL VS WAL-MART STORES INC
- Filed: 07/26/2012

### Case Type
- Code: CVXX
- Type: CLASS ACTION
- Track:
- Status: A:ACTIVE
- No of Plaintiffs: 001
- No of Defendants: 001

### Court Action
- Dispositon JudgeID:
- Court Action:
- Judgment For:
- Trial days: 0
- Lien: 0

### Damages
- Amount: $0.00
- Compensatory: $0.00
- Punitive: $0.00
- General: $0.00
- None:

### Other Actions
- Continuance Date:
- Revised Judgment Date:
- Appeal Date:
- Date Trial Began but No Verdict (TBNV1): 00000000
- Disposition Date:
- # of Previous Continuances: 0000   Why:
- Admin Date: 0000   Why:
- Court:   Case:
- Date Trial Began but No Verdict (TBNV2):
- Disposition Type:

### Comments
- Comment 1:
- Comment 2:

## Settings

### Court Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | | 000 | 00:00 | - |
| 2: | | 000 | 00:00 | - |
| 3: | | 000 | 00:00 | - |
| 4: | | 000 | 00:00 | - |

## Party 1 - C 001 - PINKARD STEPHANIE

### Party Information
- Party: C 001   Name: PINKARD STEPHANIE   Type: I:Individual
- Index: Y   Alt Name:   Judge ID: TLD
- SSN:   DOB:   Sex:   Race:
- Address 1:   Address 2:
- Phone: (256) 000-0000   City:   State: AL   Zip: 00000-0000   Country: US
- Dock:   Notice:   Entered:

### Service Information
- Issued:   Type:   Reissue:   Type:
- Return:   Type:   Return:   Type:
- Service:   Type:   Service On:   By:

| | | | |
|---|---|---|---|
| Answer: | Type: | NS Not: | NA Not: |
| Warrant | Type: | Arrest: | |

### Court Action

| | | | |
|---|---|---|---|
| Court action: | Date: | For | Exempt: |
| Amount: $0.00 | Cost: $0.00 | Other: $0.00 | Satisfied: |
| Comment: | | | |

### Attorneys

| | | | | |
|---|---|---|---|---|
| Attorney 1: BOW037 | Name: BOWLING JEFFREY LOWELL | | City: RUSSELLVILLE | State: AL |
| Attorney 2: | Name: | | City: | State: |
| Attorney 3: | Name: | | City: | State: |
| Attorney 4: | Name: | | City: | State: |
| Attorney 5: | Name: | | City: | State: |
| Attorney 6: | Name: | | City: | State: |

## Party 2 - D 001 - WAL-MART STORES INC

### Party Information

| | | | |
|---|---|---|---|
| Party: D 001 | Name: WAL-MART STORES INC | | Type: B:Business |
| Index: Y | Alt Name: | | Judge ID: TLD |
| SSN: | DOB: | Sex: | Race: |
| Address 1: 13675 HWY 43 | | Address 2: | |
| Phone: (256) 000-0000 | City: RUSSELLVILLE | State: AL  Zip: 35653-0000 | Country: US |
| Dock: | Notice: | Entered: | |

### Service Information

| | | | |
|---|---|---|---|
| Issued: 08/03/2012 | Type: S:Sheriff | ReIssue: | Type: |
| Return: | Type: | Return: | Type: |
| Service: 08/07/2012 | Type: S:Served personally | Service On: | By: |
| Answer: | Type: | NS Not: | NA Not: |
| Warrant | Type: | Arrest: | |

### Court Action

| | | | |
|---|---|---|---|
| Court action: | Date: | For | Exempt: |
| Amount: $0.00 | Cost: $0.00 | Other: $0.00 | Satisfied: |
| Comment: | | | |

### Attorneys

| | | | |
|---|---|---|---|
| Attorney 1: | Name: | City: | State: |
| Attorney 2: | Name: | City: | State: |
| Attorney 3: | Name: | City: | State: |
| Attorney 4: | Name: | City: | State: |
| Attorney 5: | Name: | City: | State: |
| Attorney 6: | Name: | City: | State: |

## Financial

### Fee Sheet

| PR: | NO | Acct | Status | Checks | AdminFe | From | For | To | Total Due | Amt Paid | Balance | Hold Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CV05 | A | A | N | C001 | 000 | 000 | $301.00 | $301.00 | $0.00 | 0 |
| | | VADM | A | A | N | C001 | 000 | 000 | $45.00 | $45.00 | $0.00 | 0 |
| | | | | | | | | TOTAL: | $346.00 | $346.00 | $0.00 | $0.00 |

### Financial History

| Transaction Date | Transaction Type | Disb Acct | Payment From/To | Batch | Check or Receipt # | Amount | Fee | Money Type | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|

| 08/03/2012 | Z:FEE ADDED | VADM | C001 | 2012210 | 00000000 | $45.00 | N | O | | MMC |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/03/2012 | Z:FEE ADDED | CV05 | C001 | 2012210 | 00000000 | $301.00 | N | O | | MMC |
| 08/03/2012 | R:RECEIPT | VADM | C001 | 2012210 | 07041601 | $45.00 | N | P | | MMC |
| 08/03/2012 | R:RECEIPT | CV05 | C001 | 2012210 | 07041600 | $301.00 | N | P | | MMC |

### SJIS Witness List

| Served | Ser. Type | Prt | Name | Type | Party | Issued | Iss. Type | Request |
|---|---|---|---|---|---|---|---|---|

### Case Action Summary - CV201200010600

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 08/03/2012 | 9:30:32 | FILE | FILED THIS DATE: 07/26/2012             (AV01) | MMC |
| 08/03/2012 | 9:30:33 | ORIG | ORIGIN: INITIAL FILING             (AV01) | MMC |
| 08/03/2012 | 9:30:34 | EORD | E-ORDER FLAG SET TO "N"             (AV01) | MMC |
| 08/03/2012 | 9:30:35 | STAT | CASE ASSIGNED STATUS OF: ACTIVE             (AV01) | MMC |
| 08/03/2012 | 9:30:36 | TDMN | BENCH/NON-JURY TRIAL REQUESTED             (AV01) | MMC |
| 08/03/2012 | 9:30:37 | ASSJ | ASSIGNED TO JUDGE: TERRY L DEMPSEY             (AV01) | MMC |
| 08/03/2012 | 9:30:38 | SCAN | CASE SCANNED STATUS SET TO: Y             (AV01) | MMC |
| 08/03/2012 | 9:30:49 | C001 | C001 PARTY ADDED: PINKARD STEPHANIE             (AV02) | MMC |
| 08/03/2012 | 9:30:50 | ATTY | LISTED AS ATTORNEY FOR C001: BOWLING JEFFREY LOWE | MMC |
| 08/03/2012 | 9:30:51 | EORD | C001 E-ORDER FLAG SET TO "N"             (AV02) | MMC |
| 08/03/2012 | 9:31:18 | D001 | D001 PARTY ADDED: WAL-MART STORES INC             (AV02) | MMC |
| 08/03/2012 | 9:31:19 | EORD | D001 E-ORDER FLAG SET TO "N"             (AV02) | MMC |
| 08/03/2012 | 9:31:20 | SUMM | SHERIFF ISSUED: 08/03/2012 TO D001             (AV02) | MMC |
| 08/16/2012 | 11:10:59 | ESERC | SERVICE RETURN - TRANSMITTAL | |
| 08/16/2012 | 11:11:45 | SERC | SERVICE OF SERVED PERSON ON 08/07/2012 FOR D001 | AJA |

**END OF THE REPORT**





AlaFile E-Notice

33-CV-2012-000106.00
Judge: TERRY L DEMPSEY

To: BOWLING JEFFREY LOWELL
jeffbrbpc@bellsouth.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

STEPHANIE PINKARD ET AL VS WAL-MART STORES INC
33-CV-2012-000106.00

The following matter was served on 8/7/2012

**D001 WAL-MART STORES INC**
SERVED PERSONALLY

ANITA SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELVILLE, AL 35653

256-332-8861
anita.scott@alacourt.gov



AVS0350

ALABAMA JUDICIAL DATA CENTER
FRANKLIN COUNTY
SUMMONS

CV 2012 000106.00

IN THE CIRCUIT COURT OF FRANKLIN COUNTY

STEPHANIE PINKARD ET AL VS WAL-MART STORES INC

SERVE ON: (D001)

SSN: 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

WAL-MART STORES INC
13675 HWY 43
RUSSELLVILLE    ,AL  35653-0000

PLAINTIFF'S ATTORNEY
BOWLING JEFFREY LOWELL
PO BOX 669
RUSSELLVILLE    ,AL  35653-0669

TO THE ABOVE NAMED DEFENDANT:
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

(X) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

( ) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 08/03/2012

CLERK: ANITA SCOTT
P. O. BOX 160
RUSSELLVILLE   AL  35653
(256)332-8861

RETURN ON SERVICE:

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
    (RETURN RECEIPT HERETO ATTACHED)

(X) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
    COMPLAINT TO  Teresa Phillips
    IN  Franklin             COUNTY, ALABAMA ON (DATE)  7 Aug 2012

DATE  7 Aug 2012                    SERVER SIGNATURE  Ben McCrew

SERVER ADDRESS                      TYPE OF PROCESS SERVER  Deputy Sheriff

OPERATOR: MMC
PREPARED: 08/03/2012

**RECEIVED**

AUG 0 6 2012

FRANKLIN COUNTY
SHERIFF'S OFFICE

SUMMONS    Case Number - CIVIL -    CV-12-106

IN THE CIRCUIT COURT OF FRANKLIN COUNTY

**PLAINTIFF:** STEPHANIE PINKARD, et als., **DEFENDANT:** WAL-MART STORES, INC.

**NOTICE TO** Wal-Mart Stores, Inc., 13675 Highway 43, Russellville, Alabama 35653

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to file the original of your written answer, either admitting or denying each allegation in the Complaint with the Clerk of this Court. A copy of your Answer must be mailed or hand delivered by you or your attorney to the Plaintiff or Plaintiff's attorney Hon. Jeffrey L. Bowling whose address is P.O. Box 669, Russellville, Alabama 35653

This answer must be mailed or delivered within 30 days after this Summons and Complaint were delivered to you or a judgment by default may be entered against you for the money or other things demanded in the Complaint.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

[ x ] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of plaintiff pursuant to the Alabama Rules of Civil Procedure.

DATE: _____ BY: _____
            Clerk/Register

[ ] CERTIFIED MAIL IS HEREBY REQUESTED.

_____
Plaintiff's/Attorney Signature

RETURN ON SERVICE:
[ ] Return receipt of certified mail received in this office on _____ (Date)

[ ] I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

_____        _____
Date                        Server's Signature

_____        _____
Address of Server           Type of Process Server

IN THE CIRCUIT COURT OF FRANKLIN COUNTY ALABAMA

STEPHANIE PINKARD, on behalf )
of HERSELF and all others )
similarly situated, )
)
Plaintiffs, )   CIVIL ACTION NO.:
)
v. )   CV-12-106
)
WAL-MART STORES, INC., )
)
Defendants. )
)

## STATEWIDE CLASS ACTION COMPLAINT

This is a statewide class action pursuant to Rule 23 of the Alabama Rules of Civil Procedure against defendant Wal-Mart Stores, Inc. (hereinafter referred to as "defendant"). Stephanie Pinkard ("hereinafter referred to as "plaintiff"), on behalf of herself and all others similarly situated, seeks redress for violations of the Telephone Consumer Protections Act, 47 U.S.C. § 227 *et seq.* ("TCPA").

## PARTIES

1. Plaintiff Stephanie Pinkard, is an adult resident citizen of Franklin County, Alabama. Ms. Pinkard currently resides in the City of Russellville in Franklin County, Alabama.

2. Wal-Mart Stores, Inc. is a Delaware corporation with its principal office located in Bentonville, Arkansas. Wal-Mart has conducted business in Franklin County, and every other county in the state of Alabama during the time period pertinent to the allegations in this complaint.

## JURISDICTION AND VENUE

3. This statewide class action is based on violations of the Telephone Consumer Protections Act. 47 U.S.C. § 227(b)(3) of the TCPA permits state courts to preside over claims brought under the Act. Accordingly, this action is properly brought, and should be maintained, in state court.

4. Venue is proper, since the events giving rise to the named plaintiff's claims occurred within this judicial district and since defendant is subject to the personal jurisdiction of this Court.

5. Defendant's wrongful activities were directed by or on their behalf in this jurisdiction. Plaintiff's rights were damaged or impaired in this jurisdiction, and significant damages and losses were suffered in this jurisdiction.

## NATURE OF THE CASE

6. This is a statewide class action on behalf of Ms. Pinkard and a class of all others similarly situated against defendant Wal-Mart, Inc.

7. Wal-Mart is one of the largest retailers in the world. As part of its core business, Wal-Mart operates pharmacies inside of its store locations. The Wal-Mart in Russellville, Franklin County, Alabama operates a pharmacy at its location, which is located at 13675 Highway 43, Russellville, Alabama 35653.

8. Defendant's routine business practices include accumulating personal information from consumers and then intentionally engaging in unlawful conduct by sending unsolicited and unauthorized text messages to individuals cell